# EXHIBIT B
TO OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES

**Law Offices of Michael Rosenstein – Fee Billing Statements**

| Date | Description | Timekeeper | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|---|
| 11-20-2019 | Received request to associate as lead trial counsel; attorney strategy meeting regarding litigation strategy and trial readiness | MR | 0.30 | $600.00 | $180.00 | | 0.3 | $400.00 | $120.00 |
| 12-2-2019 | Drafted notice of appearance of counsel; directed staff regarding service and filing of the same | MR | 0.10 | $600.00 | $60.00 | | 0 | $400.00 | $0.00 |
| 12-3-2019 | Received, audited and analyzed client file; analyzed pleadings; analyzed repair presentations; drafted summary of the repair presentations; developed litigation strategy | MR | 1.50 | $600.00 | $900.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for analyzing client file and repair presentations. | 0 | $400.00 | $0.00 |
| 12-27-2019 | Received and reviewed Defendant's written discovery requests to Plaintiff; received and reviewed Defendant's notice of vehicle inspection; received and reviewed Defendant's notice of deposition of Plaintiff; updated the litigation calendar regarding the same | MR | 0.50 | $600.00 | $300.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for reviewing discovery. | 0 | $400.00 | $0.00 |
| 1-2-2020 | Directed associate attorney regarding the vehicle inspection, Plaintiff's deposition and discovery responses | MR | 0.10 | $600.00 | $60.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for reviewing discovery. | 0 | $400.00 | $0.00 |
| 1-3-2020 | Reviewed BMW's responses to Plaintiff's discovery requests; drafted memorandum re same | JM | 1.20 | $275.00 | $330.00 | | 0.6 | $275.00 | $165.00 |
| 1-2-2020 | Strategy meeting with co-counsel regarding notice of deposition of Plaintiff and notice of vehicle inspection and whether the same were served unilaterally | JM | 0.20 | $275.00 | $55.00 | | 0.2 | $275.00 | $55.00 |
| 1-3-2020 | Drafted objection to BMW's notice of deposition and vehicle inspection; met and conferred with | JM | 0.50 | $275.00 | $137.50 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for | 0 | $275.00 | $0.00 |

| Date | Description | Timekeeper | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|---|
| | opposing counsel regarding the same | | | | | drafting notices of deposition and vehicle inspection. | | | |
| 1-20-2020 | Received and reviewed Defendant's response to Plaintiff's requests for production of documents | MR | 0.20 | $600.00 | $120.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for reviewing discovery. | 0 | $400.00 | $0.00 |
| 1-21-2020 | Received and reviewed Plaintiff's opposition to Defendant's motion to compel arbitration and corresponding documents | MR | 0.50 | $600.00 | $300.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for routine opposition to Defendant's motion to compel arbitration. | 0 | $400.00 | $0.00 |
| 2-11-2020 | Received and reviewed Rule 11 motion | MR | 0.20 | $600.00 | $120.00 | Unreasonable and unnecessary time spent for withdrawn Rule 11 motion. | 0 | $400.00 | $0.00 |
| 2-18-2020 | Met and conferred regarding joint statement in connection with discover dispute | MR | 0.30 | $600.00 | $180.00 | Counsel for BMW NA never met and conferred with Rosentein's office. BMW NA only met and conferred with SLP. | 0 | $400.00 | $0.00 |
| 2-20-2020 | Met and conferred regarding discovery dispute | MR | 0.10 | $600.00 | $60.00 | Counsel for BMW NA never met and conferred with Rosentein's office. BMW NA only met and conferred with SLP. | 0 | $400.00 | $0.00 |
| 2-27-2020 | Received and reviewed Court Order and opinion denying motion to compel arbitration | MR | 0.30 | $600.00 | $180.00 | | 0.3 | $400.00 | $120.00 |
| 4-14-2020 | Conferred with Plaintiff's automotive expert regarding expert report and litigation strategy; developed litigation strategy | MR | 0.20 | $600.00 | $120.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for expert report. | 0 | $400.00 | $0.00 |
| 4-16-2020 | Received and reviewed email correspondence from co-counsel with regard to upcoming deadlines | JM | 0.20 | $275.00 | $55.00 | | 0.2 | $275.00 | $55.00 |

| Date | Description | Timekeeper | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|---|
| 4-17-2020 | Attorney strategy meeting regarding trial readiness and litigation strategy | MR | 0.50 | $600.00 | $300.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for trial strategy. | 0 | $400.00 | $0.00 |
| 4-17-2020 | Attorney strategy meeting regarding trial readiness and litigation strategy | JM | 0.50 | $275.00 | $137.50 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for trial strategy. | 0 | $275.00 | $0.00 |
| 4-17-2020 | Conferred with Plaintiff's automotive expert regarding expert report and litigation strategy; developed litigation strategy | MR | 0.30 | $600.00 | $180.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for trial strategy. | 0 | $400.00 | $0.00 |
| 4-17-2020 | Reviewed and analyzed the expert report of Defendant's automotive expert | MR | 0.50 | $600.00 | $300.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for trial strategy. | 0 | $400.00 | $0.00 |
| 4-17-2020 | Coordinated with co-counsel regarding trial readiness and litigation strategy | JM | 0.20 | $275.00 | $55.00 |  | 0.2 | $275.00 | $55.00 |
| 4-18-2020 | Attorney strategy meeting regarding settlement | MR | 0.50 | $600.00 | $300.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for settlement. | 0 | $400.00 | $0.00 |
| 4-6-2020 | Received and reviewed Defendant's Rule 60 Offer | MR | 0.10 | $600.00 | $60.00 | Unreasonable and unnecessary time spent to associate in counsel. Duplicative billing for settlement. | 0 | $400.00 | $0.00 |
| 4-18-2020 | Reviewed and analyzed claims and defenses; analyzed expert reports; conducted a damages analysis for settlement purposes; developed litigation strategy | MR | 1.00 | $600.00 | $600.00 |  | 1 | $400.00 | $400.00 |
| 4-18-2020 | Attorney strategy meeting regarding litigation strategy and settlement | MR | 0.50 | $600.00 | $300.00 | Unreasonable and unnecessary time spent to associate in counsel. | 0 | $400.00 | $0.00 |

| Date | Description | Timekeeper | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Duplicative billing for settlement. | | | |
| **4-28-2020** | Audited attorneys' fees invoice | MR | 1.00 | N/C | 0 | | 1 | N/C | 0 |
| | | **TOTAL** | **10.5** | | **$ 5,390.00** | **REASONABLE TOTAL** | **2.8** | | **$970.00** |