# EXHIBIT C
TO OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES

**Ecotech Law Group (Dara Tabesh) – Fee Billing Statements**

| Date | Description | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|
| 10-25-2019 | Email to Mr. G. Chan re teleconference with Court and stipulation to extend case schedule dates. | 0.40 | $545.00 | $218.00 | | 0.4 | $400.00 | $160.00 |
| 10-28-2019 | Review email from Mr. G. Chan re stipulation to extend case schedule. | 0.10 | $545.00 | $54.50 | | 0.1 | $400.00 | $40.00 |
| 10-29-2019 | Teleconference with Court re discovery disputes and prepare re same (.8 hr); follow-up emails to and from Mr. G. Chan re further meeting and conferring on discovery disputes per Court instructions (.3 hr). | 1.10 | $545.00 | $599.50 | | 1.1 | $400.00 | $440.00 |
| 10-30-2019 | Teleconference with Mr. G. Chan re discovery disputes on Rule 30(b)(6) notice and Murray deposition notice and prepare re same. | 0.30 | $545.00 | $163.50 | | 0.3 | $400.00 | $120.00 |
| 11-1-2019 | Prepare and send email to Mr. G. Chan summarizing teleconference with Court and further meeting and conferring. | 0.40 | $545.00 | $218.00 | | 0.4 | $400.00 | $160.00 |
| 11-5-2019 | Finalize and file Request for Judicial Notice re BMW's Motion to Compel Arbitration (.5 hr); prepare Joint Motion to Extend Case Schedule Deadlines, proposed order, and Declaration of Dara Tabesh re same and compile exhibits re same send same to Mr. Garrick Chan for | 2.40 | $545.00 | $1,308.00 | | 2.4 | $400.00 | $960.00 |

| Date | Description | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|
| | review and submission of BMW's portion re same (1.6 hr). | | | | | | | |
| 11-6-2019 | Emails to and from Mr. G. Chan re joint stipulation. | 0.30 | $545.00 | $163.50 | | 0.3 | $400.00 | $120.00 |
| 11-8-2019 | Emails to and from Mr. G. Chan re joint stipulation and teleconference re same (.2 hr); finalize joint motion papers and submit the same for final approval from opposing counsel and file same (.4 hr); read and review response to Request for Judicial Notice (.1 hr). | 0.70 | $545.00 | $381.50 | | 0.7 | $400.00 | $280.00 |
| 11-20-2019 | Email to Mr. G. Chan meeting and conferring on pending discovery disputes. | 0.40 | $545.00 | $218.00 | | 0.4 | $400.00 | $160.00 |
| 11-22-2019 | Emails to and from Mr. G. Chan re in-person conference of counsel re discovery disputes on Plaintiff's 30(b)(6) notice and Michael Murray deposition notice. | 0.20 | $545.00 | $109.00 | | 0.2 | $400.00 | $80.00 |
| 11-25-2019 | Email to Mr. G. Chan seeking further response to issues raised in 11/22 email in preparation for in-person conference of counsel. | 0.20 | $545.00 | $109.00 | | 0.2 | $400.00 | $80.00 |

| Date | Description | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|
| 11-26-2019 | In-person conference of counsel with Mr. G. Chan re discovery disputes and extending case schedule deadlines and prepare re same. | 0.80 | $545.00 | $436.00 | | 0.8 | $400.00 | $320.00 |
| 11-27-2019 | Prepare and send Rule 11 letter re BMW's motion to compel arbitration (1.2 hr); research re same (1.5 hr); prepare and send email summarizing the parties' in-person conference of counsel the previous day (.8 hr). | 3.50 | $545.00 | $1,907.50 | Ecotech unnecessarily spent an unreasonable 22.6 hours to prepare and file a Rule 11 Motion for Sanctions that was subsequently withdrawn. | 0 | $400.00 | $0.00 |
| 12-3-2019 | Teleconference with Court re joint discovery dispute. | 0.30 | $545.00 | $163.50 | | 0.3 | $400.00 | $120.00 |
| 12-9-2019 | Read and review BMW's response to Plaintiff's Rule 11 letter. | 0.20 | $545.00 | $109.00 | Ecotech unnecessarily spent an unreasonable 22.6 hours to prepare and file a Rule 11 Motion for Sanctions that was subsequently withdrawn. | 0 | $400.00 | $0.00 |
| 12-16-2019 | Prepare and send response to BMW's response to Plaintiff's Rule 11 letter | 1.80 | $545.00 | $981.00 | Ecotech unnecessarily spent an unreasonable 22.6 hours to prepare and file a Rule 11 Motion for Sanctions that was subsequently withdrawn. | 0 | $400.00 | $0.00 |
| 12-18-2019 | Teleconference with Mr. G Chan re submission to the Court on discovery disputes and re Plaintiff's Rule 11 letter and BMW's response. | 0.20 | $545.00 | $109.00 | Ecotech unnecessarily spent an unreasonable 22.6 hours to prepare and file a Rule 11 Motion for Sanctions that was subsequently withdrawn. | 0 | $400.00 | $0.00 |

| Date | Description | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|
| 12-20-2019 | Prepare documents for submission to the Court re identifying discovery and objections at issue in pending discovery disputes and send same to opposing counsel for Defendant's positions re same; emails with opposing counsel re same; finalize and submit same to Court clerk along with identification of further dispute re BMW's refusal to produce prior owner of Subject Vehicle's repair history. | 2.00 | $545.00 | $1,090.00 | | 2 | $400.00 | $800.00 |
| 1-24-2020 | Prepare Rule 11 motion brief re motion to compel arbitration, including case law research on Rule 11 standards; contact Court re scheduling hearing date re same. | 5.70 | $545.00 | $3,106.50 | Ecotech unnecessarily spent an unreasonable 22.6 hours to prepare and file a Rule 11 Motion for Sanctions that was subsequently withdrawn. | 0 | $400.00 | $0.00 |
| 1-26-2020 | Further prepare Rule 11 motion brief re motion to compel arbitration, including preparing statement of facts. | 4.10 | $545.00 | $2,234.50 | Ecotech unnecessarily spent an unreasonable 22.6 hours to prepare and file a Rule 11 Motion for Sanctions that was subsequently withdrawn. | 0 | $400.00 | $0.00 |
| 1-27-2020 | Finalize Rule 11 motion brief re motion to compel arbitration and supplementary documents (Tabesh Declaration and exhibits, Notice of Motion, proposed order) and send same to opposing counsel to provide notice of Rule 11 motion per safe harbor provision of Rule 11. | 6.20 | $545.00 | $3,379.00 | Ecotech unnecessarily spent an unreasonable 22.6 hours to prepare and file a Rule 11 Motion for Sanctions that was subsequently withdrawn. | 0 | $400.00 | $0.00 |
| 2-18-2020 | Email to Mr. G Chan meeting and conferring on pending discovery disputes and narrowing scope of disputes to compromises outlined in email (.8 hr); read and review BMW's reply re motion to compel arbitration (.2 hr). | 1.00 | $545.00 | $545.00 | | 1 | $400.00 | $400.00 |

| Date | Description | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|
| 2-19-2020 | Filing of Rule 11 Motion. | 0.20 | $545.00 | $109.00 | | 0 | $400.00 | $0.00 |
| 2-20-2020 | Emails to and from Mr. G. Chan regarding meeting and conferring pursuant to Court order re discovery disputes and seeking a response to Plaintiff's proposed compromises; teleconference with Mr. G. Chan and Mr. G. Sogoyan re discovery disputes and re BMW's request to stipulate to further extensions; prepare and send email summarizing meet and confer efforts; read and review Mr. G. Chan's response re same. | 1.50 | $545.00 | $817.50 | | 1.5 | $400.00 | $600.00 |
| 2-23-2020 | Prepare Plaintiff's portion of briefing re joint discovery dispute. | 2.70 | $545.00 | $1,471.50 | | 2.7 | $400.00 | $1,080.00 |
| 2-24-2020 | Further prepare Plaintiff's portion of briefing re joint discovery dispute and prepare supplemental document (Tabesh Declaration, exhibits thereto) re same and finalize and file same | 4.20 | $545.00 | $2,289.00 | | 4.2 | $400.00 | $1,680.00 |

| Date | Description | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|
| 2-27-2020 | Read and review Court order granting Plaintiff's motion to compel arbitration; discuss same with co-counsel re Rule 11 motion and discuss withdrawal of same per Court's comments. | 0.40 | $545.00 | $218.00 | | 0.4 | $400.00 | $160.00 |
| 2-28-2020 | Email from Mr. G. Chan re further extension of case deadlines; teleconference with Mr. G. Chan discussing and agreeing to same and advising that Rule 11 Motion will be withdrawn following Court's denial of motion to compel arbitration; file notice of withdrawal re same. | 0.50 | $545.00 | $272.50 | | 0.5 | $400.00 | $200.00 |
| 3-2-2020 | Emails re BMW's proposed changes to case schedule. | 0.20 | $545.00 | $109.00 | | 0.2 | $400.00 | $80.00 |
| 3-3-2020 | Emails re BMW's proposed changes to case schedule and agreeing to BMW's proposed schedule and proposed teleconference with Court clerk. | 0.20 | $545.00 | $109.00 | | 0.2 | $400.00 | $80.00 |
| 3-4-2020 | Teleconference with Court clerk re extending case schedule and prepare for same; teleconference with Mr. G. Chan following same. | 0.40 | $545.00 | $218.00 | | 0.4 | $400.00 | $160.00 |
| 3-23-2020 | Email Mr. G Chan re waiting for BMW's draft of joint motion to extend case schedule | 0.10 | $545.00 | $54.50 | | 0.1 | $400.00 | $40.00 |
| 3-30-2020 | Telephone conference with Mr. G. Chan re delay by BMW in submitting draft of motion to extend case schedule deadlines per agreement between the parties. | 0.10 | $545.00 | $54.50 | | 0.1 | $400.00 | $40.00 |

| Date | Description | Time | Rate | Total | Comment | Reasonable Time | Reasonable Rate | Reasonable Total |
|---|---|---|---|---|---|---|---|---|
| 4-9-2020 | Read and review Court Order re the parties' discovery disputes. | 0.20 | $545.00 | $109.00 | | 0.2 | $400.00 | $80.00 |
| 4-14-2020 | Further emails to and from Mr. G. Chan regarding delay by BMW in submitting draft of motion to extend case schedule deadlines per agreement between the parties, BMW's withdrawal of agreement re same, and Plaintiff's request for BMW to sign stipulated protective order attached to email. | 0.50 | $545.00 | $272.50 | | 0.5 | $400.00 | $200.00 |
| 4-15-2020 | Further emails to and from Mr. G Chan re BMW's withdrawal of agreement and BMW's refusal to sign stipulated protective order. | 0.20 | $545.00 | $109.00 | | 0.2 | $400.00 | $80.00 |
| 4-16-2020 | Email to Mr. G. Chan seeking production per Court order of Subject Vehicle's prior owner repair history as ordered by the Court (.1 hr); emails to and from Mr. D. Calef re coordinating preparation and finalization of expert report (.2 hr). | 0.30 | $545.00 | $163.50 | | 0.3 | $400.00 | $120.00 |
| 4-17-2020 | Review and submit proposed edits of draft expert report to Mr. D. Calef; finalize for service to BMW. | 1.50 | $545.00 | $817.50 | Duplicative billing. SLP already billed for this task. | 0 | $400.00 | $0.00 |
| | **TOTAL** | **45.5** | | **$24,797.50** | **REASONABLE TOTAL** | **22.1** | | **$8,840.00** |